

**ORDERED in the Southern District of Florida on December 15, 2017.**

*[signature]*

John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:  CASE NO.: 16-11446-JKO
  CHAPTER 13
**RAFAEL ANTONIO RESTREPO**

  Debtor,
_____/

### ORDER GRANTING MOTION TO ALLOW LATE FILED PROOF OF CLAIM

THIS CASE came on for consideration on December 4th, 2017 on the *Motion to Allow Late Filed Proof of Claim* filed by HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATE (Docket No. # **65**), and based on the record, it is

**ORDERED:**

1. HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITES, INC. MORTGAGE LOAN TRUST, SERIES 2007- AR3 MORTGAGE PASS-THROUGH CERTIFICATES's Proof of Claim Number **6-1** shall be allowed.

2. Claim Number 6-1 filed by HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATES shall replace Debtor's filed Claim Number 5 and withdraws Claim Number 5.

3. The Trustee shall not be required to recoup any funds disbursed to any Creditors prior to the date of this order.

###

Submitted by:
April Harriott, Esq.
Robertson, Anschutz & Schneid, P.L.
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**April Harriott is directed to serve copies of this order on the parties listed and file a certificate of service.**

RAFAEL ANTONIO RESTREPO
953 SW 146 TERR
PEMBROKE PINE, FL 33027

ALEJANDRO SIXTO
134 EAST 49 STREET
HIALEAH, FL 33013

ROBIN R WEINER
WWW.CH13WEINER.COM
POB 559007
FORT LAUDERDALE, FL  33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130