UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Rafael Antonio Restrepo,                      Case No.: 16-11446-JKO

Debtor.                                        Chapter 13
_____/

### MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtor, Rafael Antonio Restrepo by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On or about January 31, 2016 the instant case was filed.

2. On or about February 02, 2017 debtor' Forth modified chapter 13 plan was confirmed.

3. On February 01, 2018 a notice of mortgage payment was filed by Wells Fargo for account ending in #5781.

4. Fifth modify plan is filed DE # 72 to comply with the new mortgage change.

5. Attached hereto is a copy of the Modified Plan which undersigned counsel has filed. Exhibit "A to comply in paying all unsecure."

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 23th day of February 2018: to all parties on the service list.

Respectfully Submitted:

**SIXTO AND ASSOCIATES, P.A.**
Alejandro Sixto, Esq.
Attorney for Debtor
134 East 49th Street
Hialeah, FL 33013
Tel. (305) 558-0460

By:/s/Alejandro Sixto_____
         Alejandro Sixto, Esq., FBN#0653756