Fill in this information to identify the case:

Debtor 1  Rafael Antonio Restrepo

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 16-11446-PGH

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE LOAN TRUST, SERIES 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATE

**Court claim no**. (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 5781

**Date of payment change:** 9/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $2,206.38
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |

1. Will there be a change in the debtor's escrow account payment?

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $628.60       New escrow payment: $673.28

| Part 2: | Mortgage Payment Adjustment |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                  New interest rate:

   Current principal and interest payment:     New principal and interest payment:

| Part 3: | Other Payment Change |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:           New mortgage payment:

Debtor 1 <u>Rafael Antonio Restrepo</u>
Print Name    Middle Name    Last Name

Case number *(if known)* <u>16-11446-PGH</u>

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Keith Labell</u>    Date <u>July 13, 2020</u>
Signature

Print        <u>Keith Labell</u>                    Title    <u>Authorized Agent for Creditor</u>
            First Name    Middle Name    Last Name

Company    <u>Robertson, Anschutz & Schneid, P.L.</u>

Address    <u>6409 Congress Ave., Suite 100</u>
            Number    Street

            <u>Boca Raton  FL 33487</u>
            City                        State    ZIP Code

Contact Phone <u>470-321-7112</u>                        Email  <u>klabell@rasflaw.com</u>

The 'current escrow payment' in the attached Escrow Statement will not match the previously filed NOPC or POC as this escrow payment is based off the contractual due date. The current escrow payment included in this Notice of Payment Change is based off the previously filed court record. This will not have any impact on the borrower.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Rafael Antonio Restrepo
953 SW 146 Terr
Pembroke Pine, FL 33027

Alejandro Sixto
7975 NW 155 Street Suite B
Miami Lakes, FL 33016

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/ Esther Kudron
   Esther Kudron
   email: ekudron@rascrane.com

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

# Your annual escrow statement
June 29, 2020

RAFAEL RESTREPO
953 SW 146TH TER

Loan number:

**Questions?**

**Visit us at**
www.MortgageQuestions.com
**Call toll free** 1-877-744-2506
**Fax** 1-856-917-8300

### Why am I getting this statement?

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement. The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on January 31, 2016 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account has filed for any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

### What does this mean to me?

Because your escrow account is projected to have more money than is needed, there is a surplus of **$2,880.01**; however, this surplus is being retained due to the status of your mortgage. Once your loan returns to a current status, please contact our Customer Service Department at the above referenced number to determine if the surplus is still valid.

### What is a surplus?

A surplus is the difference between the **anticipated** escrow balance, which is greater than the **required** escrow balance at the beginning of the analysis cycle. A surplus typically results from changes in taxes and/or insurance. Please refer to the enclosed FAQ for additional information.

| | |
|---|---|
| **Anticipated** escrow account balance (as of August 31, 2020): | $8,266.21 |
| **Required** escrow account balance (as of August 31, 2020 ): | $5,386.20 |
| **Difference resulting in an escrow account surplus:** | $2,880.01 |

See reverse →

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

Page 1 of 3

Borrower Name: RAFAEL RESTREPO

Loan Number:

This space is intentionally left blank.

## What is my new monthly payment?

**Effective September 2020, your new monthly mortgage payment will be: $2,206.38**

|  | Current Payment | New Payment |
|---|---|---|
| Principal & Interest | $1,956.29 | $1,533.10 |
| Escrow Deposit | $600.01 | $673.28 |
| **Total Payment** | **$2,556.30** | **$2,206.38** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

### Payment Change Breakdown

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $673.28, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the September 2020 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $4,598.10 | $4,746.32 |
| Insurance | $2,945.00 | $3,333.00 |
| **TOTAL** | **$7,543.10** | **$8,079.32** |

## Prior Year Account History and Coming Year Projections

**This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that all or a portion of a payment or disbursement on that row has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $1,346.56 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $4,226.57 will be reached in February 2021. When subtracted from your minimum required balance of $1,346.56, an Escrow Surplus results in the amount of $2,880.01. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-877-744-2506**.

### Escrow account projections for the coming year

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
|  | Opening balance |  |  | 8,266.21 | 5,386.20 |
| Sep 2020 |  | 673.28 |  | 8,939.49 | 6,059.48 |
| Oct 2020 |  | 673.28 |  | 9,612.77 | 6,732.76 |

Continued on next page

### Change of name or address

If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)        Suite no.

City        State        Zip code

Home telephone        Business telephone        Extension
(        )        (        )

E-mail address



PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your annual escrow statement (continued)
June 29, 2020

RAFAEL RESTREPO
953 SW 146TH TER
PEMBROKE PINES, FL  33027-6137

Loan number:

**Questions?**

Visit us at
www.MortgageQuestions.com
Call toll free 1-877-744-2506
Fax 1-856-917-8300

### Escrow account projections for the coming year (continued)

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| Nov 2020 | COUNTY TAX | 673.28 | 4,746.32 | 5,539.73 | 2,659.72 |
| Dec 2020 | | 673.28 | | 6,213.01 | 3,333.00 |
| Jan 2021 | | 673.28 | | 6,886.29 | 4,006.28 |
| Feb 2021 | HAZARD INS. | 673.28 | 3,333.00 | 4,226.57 | 1,346.56 LP |
| Mar 2021 | | 673.28 | | 4,899.85 | 2,019.84 |
| Apr 2021 | | 673.28 | | 5,573.13 | 2,693.12 |
| May 2021 | | 673.28 | | 6,246.41 | 3,366.40 |
| Jun 2021 | | 673.28 | | 6,919.69 | 4,039.68 |
| Jul 2021 | | 673.28 | | 7,592.97 | 4,712.96 |
| Aug 2021 | | 673.28 | | 8,266.25 | 5,386.24 |
| Total | | $8,079.36 | $8,079.32 | | |

**LP** indicates your required escrow lowest balance

### Prior year account History

| Date | Description | Amounts paid into your escrow account Anticipated ($) | Amounts paid into your escrow account Actual ($) | Amounts paid out of your escrow account Anticipated ($) | Amounts paid out of your escrow account Actual ($) | Escrow account balance Anticipated ($) | Escrow account balance Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 5,028.70 | -53,742.46 |
| Sep 2019 | | 628.60 | * | | | 5,657.30 | 53,742.46 |
| Oct 2019 | | 628.60 | * | | | 6,285.90 | 53,742.46 |
| Nov 2019 | COUNTY TAX | 628.60 | 1,282.14* | 4,598.10 | 4,746.32* | 2,316.40 | 57,206.64 |
| Dec 2019 | | 628.60 | 641.07* | | | 2,945.00 | 56,565.57 |
| Jan 2020 | HAZARD INS. | 628.60 | 641.07* | | 3,333.00* | 3,573.60 | 59,257.50 |
| Feb 2020 | HAZARD INS. | 628.60 | 641.07* | 2,945.00 | * | 1,257.20 | 58,616.43 |
| Mar 2020 | | 628.60 | 641.07* | | | 1,885.80 | 57,975.36 |
| Apr 2020 | | 628.60 | * | | | 2,514.40 | 57,975.36 |
| May 2020 | | 628.60 | * | | | 3,143.00 | 57,975.36 |
| Jun 2020 | | 628.60 | 64,984.37 E | | E | 3,771.60 | 7,009.01 |
| Jul 2020 | | 628.60 | 628.60 E | | E | 4,400.20 | 7,637.61 |
| Aug 2020 | | 628.60 | 628.60 E | | E | 5,028.80 | 8,266.21 |
| Total | | 7,543.20 | 70,087.99 | 7,543.10 | 8,079.32 | | |